THOMAS J. KASTER (#148776)
tomkaster@hill-law-offices.com
LAW OFFICES OF JOHN E. HILL
333 Hegenberger Road, Suite 500
Oakland, CA  94621
Telephone: 510-588-1000
Facsimile:  510-729-6333

Attorneys for Plaintiff
CHRISTOPHER BALUTIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BALUTIS,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA-PACIFIC LLC, et al.,<br><br>Defendants. | Case No. 3:22-CV-04336-TLT<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>**[F.R.C.P. 41]**<br><br>Complaint Filed: December 30, 2021<br>Notice of Removal Filed: July 27, 2022<br>Trial Date: None Set |

**IT IS HEREBY STIPULATED**, pursuant to Federal Rule of Civil Procedure 41(a), by and between plaintiff Christopher Balutis and Defendant Georgia-Pacific LLC, through their attorneys of record, that the above-entitled action may be dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorney's fees, costs and expenses.

///

Dated: February 16, 2023

McDOWELL HETHERINGTON LLP

By: /s/Jodi K. Swick
    Jodi K. Swick

Attorneys for Defendant GEORGIA-PACIFIC LLC

Dated: February 22, 2023

LAW OFFICES OF JOHN E. HILL
A Professional Corporation

By: /s/Thomas J. Kaster
    John E. Hill
    Thomas J. Kaster

Attorneys for Plaintiff
CHRISTOPHER BALUTIS

## ORDER

Having read the parties' stipulation and good cause appearing therefore, it is hereby ordered as follows:

1. This action hereby is dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorney's fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: March 10, 2023

TRINA THOMPSON
United States District Judge